UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANDRES GUILLERMO, et al,

                Plaintiffs,                  20-cv-452 (PKC)

    -against-                            ORDER

PORT AUTHORITY OF NY and NJ, et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

1. Plaintiffs shall within 14 days of this Order provide to defendants:

   A. a release pursuant to N.Y. CPL § 160.50 regarding the underlying incident that resulted in the prosecution of Guillermo and dismissal of charges;

   B. a HIPAA compliant release regarding any medical treatment Guillermo received in connection with physical injuries from the incident.

2. **Failure to fully comply with paragraph 1 will result in dismissal of plainitffs' complaint.**

3. Defendants' time to respond to the complaint is extended to May 4, 2020.

4. **Defendants' counsel W. Keaupuni Akina is warned to comply in the future with the Court's Individual Practices, including but not limited to ¶1.A.iv.**

5. The April 24, 2020 conference is adjourned to May 22, 2020 at 10:30 a.m.

SO ORDERED.

                                          P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       March 3, 2020